**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1305**

_____

DESPINA NEUPH LUCAS,

        Plaintiff - Appellant,

     v.

SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:23-cv-00033-D-BM)

_____

Submitted:  August 27, 2024                      Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Despina Neuph Lucas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Despina Neuph Lucas appeals the district court's order granting the Social Security Administration's motion to dismiss her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lucas v. Soc. Sec. Admin.*, No. 2:23-cv-00033-D-BM (E.D.N.C. Mar. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*